IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIGITAL FIRST MEDIA, INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
|     v. | : | NO. 13-0448 |
| | : | |
| GROWTHWEAVER, LLC | : | |
|     Defendant. | : | |

**O R D E R**

AND NOW, this 19th day of February, 2013, upon consideration of correspondence from counsel for Plaintiff dated February 14, 2013, representing to the Court that the parties were unable to resolve their dispute through private mediation on February 8, 2013, it is hereby ORDERED as follows:

1. Counsel for Defendant shall immediately enter his or her appearance on the docket, or move to be admitted to practice before this Court *pro hac vice*;[1]

2. Defendant shall answer or otherwise respond to the Complaint within fourteen (14) days of the date of this Order; and

3. The parties shall confer and submit to the Court a joint proposed discovery plan within twenty-eight (28) days of the date of this Order.

It is so ORDERED.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] With regard to motions for *pro hac vice* admission, counsel should note that Judge Pratter does *not* accept the standard form made available from the offices of the Clerk of Court, and should consult Judge Pratter's General Pretrial and Trial Procedures, available at http://www.paed.uscourts.gov/documents/procedures/prapol2.pdf, for guidelines regarding such motions.