IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIGITAL FIRST MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GROWTHWEAVER, LLC, <br><br> Defendant. | : <br> : <br> : <br> : Case No. 2:13-cv-00448-GP <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Digital First Media, Inc., through its undersigned counsel, hereby voluntarily dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). There has been no answer or motion for summary judgment served by defendant in this action.

Date: February 20, 2013

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: *s/ Christopher P. Beall*

Gayle Sproul (No. 38833)
Christopher P. Beall (admitted *pro hac vice*)
Michael Berry (No. 86351)
Paul Safier (No. 209154)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1760 Market Street, Suite 1001
Philadelphia, Pennsylvania 19103
Tel: (215) 988-9778

*Attorneys for Plaintiff Digital First Media, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing Notice of Voluntary Dismissal to be served by email delivery on counsel for defendant as follows:

>Brett Payton, Esq.
>BPayton@nocolegal.com
>OTIS, COAN & PETERS, LLC
>1812 56th Avenue
>Greeley, Colorado 80634
>Tel: (970) 330-6700 (office)
>Fax: (970) 330-2969

Dated: February 20, 2013

>_s/ Christopher P. Beall_
>Christopher P. Beall